NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LTL ATTORNEYS LLP
Joe Tuffaha (SBN 253723)
   joe.tuffaha@ltlattorneys.com
300 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 612-8900
Telephone: (213) 612-3773

ATTORNEY(S) FOR: **Plaintiffs**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation, and HERBALIFE INTERNATIONAL, INC. a Nevada corporation<br><br>                        Plaintiff(s),<br>v.<br>ALYSON McGARITY, an individual doing business as "mikenalyson27" on the website www.ebay.com, and DOES 1-10,<br><br>                        Defendant(s) | CASE NUMBER:<br><br>2:18-cv-5455<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     **Plaintiffs**
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Herbalife International of America, Inc. | Plaintiff |
| Herbalife International, Inc. | Plaintiff |
| Herbalife Nutrition Ltd. | Indirect parent of Plaintiffs |
| Alyson McGarity | Defendant |

June 19, 2018
Date

/s/Joe Tuffaha
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs